IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO.: 4:08cv113-SPM

CLASSIE D. HOLMES,

    Defendant.
_____/

## ORDER FOR ENTRY OF CLERK'S DEFAULT

Pending before the Court is the Motion for Entry of Default and Default Judgment (doc. 4) filed by the United States of America. A review of the court file shows that the complaint was filed (doc. 1), Defendant waived formal service (doc. 3), and no appearance, answer or other defense has been served or filed on behalf of the Defendant. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Clerk shall enter default against Defendant under Federal Rule of Civil Procedure 55(a).

2.    The Clerk shall mail a copy of this order and the default to Defendant: Classie D. Holmes, 1565 Pine Forest Drive, Tallahassee, Florida, 32301.

3.      The Clerk shall refer this case to the undersigned judge on June 12, 2008, for a determination of whether entry of a default judgment is appropriate under Federal Rule of Civil Procedure 55(b).

DONE AND ORDERED this 2nd day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge