**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

      VS                                         CASE NO.  4:08-cv-113 SPM

CLASSIE D. HOLMES

**DEFAULT JUDGMENT**

This action came to trial or hearing before the Court with the Honorable Stephan

P. Mickle presiding.  The issues have been tried or heard and a decision has been

rendered.

It is ORDERED AND ADJUDGED

that judgment is entered in favor of the Plaintiff, UNITED STATES OF AMERICA,

and against the Defendant, CLASSIE D. HOLMES, in the amount of $4,615.86, which

shall bear interest from the date of entry pursuant to 28 U.S.C. § 1961, and which sum

includes Principal in the amount of $4,265.86 and the Court filing fee in the amount of

$350.00.

                                 WILLIAM M. McCOOL, CLERK OF COURT

                                 *s/ TiAnn Stark*

 June 30, 2008
DATE                                 Deputy Clerk: TiAnn Stark